IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRANDON FEILING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 23-CV-1102-SMY |
| | ) |
| CHRISTIAN SOCIAL SERVICES OF ILLINOIS, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

This matter comes before the Court on two motions by Defendant Christian Social Services of Illinois ("CSS"); a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 12) and a Motion to Strike pursuant to Rule 12(f) (Doc. 14). Plaintiff responded, indicating that he does not oppose the motions (Docs. 24, 25). For the following reasons, the Motion to Dismiss Count III of Plaintiff's Complaint Pursuant to Rule 12(b)(6) is **GRANTED** and the Motion to Strike Pursuant to Rule 12(f) is **GRANTED**.

Plaintiff Brandon Feiling filed the instant lawsuit against CSS, asserting violations of the Americans with Disabilities Act ("ADA") (Counts I and II) and the the Family Medical Leave Act ("FMLA") (Count III, IV). CSS seeks dismissal of Count III for failure to state a claim. Specifically, it argues that, because Feiling took the initiative to inform it about his health issues and his desire to take FMLA leave, he has not alleged that he was prejudiced by CSS's failure to provide him notice of FMLA rights. (Doc. 13, p. 1).

Feiling does not oppose the dismissal of Count III but requests that it be done without prejudice (Doc. 25). Accordingly, Defendant's Motion to Dismiss Count III of Plaintiff's

Complaint Pursuant to Rule 12(b)(6) (Doc. 12) is **GRANTED**; Count III is **DISMISSED** without prejudice.

CSS further argues that Feiling's request for emotional distress or punitive damages should be stricken as they are not allowed under the FMLA (Doc. 15). Again, Feiling does not oppose this motion (Doc. 24). Accordingly, Defendant's Motion to Strike Pursuant to Rule 12(f) (Doc. 14) is **GRANTED**.

**IT IS SO ORDERED.**

**DATED: July 14, 2023**

**STACI M. YANDLE**
**United States District Judge**